IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02204-PAB

DAVID LENTON WARD,

    Plaintiff,

v.

CRAIG HOYER
(Kubat Equipment and Service Company),

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 6 - 2009

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

DATED October 5, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02204-PAB-MJW

Daivd L. Ward
4941-A Sherman St.
Denver, CO 80216

US Marshal Service
Service Clerk
Service forms for: Craig Hoyer (Kubat Equipment and Service Company)

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Craig Hoyer (Kubat Equipment and Service Company): AMENDED TITLE VII COMPLAINT FILED 09/21/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/6/09.

                                      GREGORY C. LANGHAM, CLERK

                                      By: _____
                                                  Deputy Clerk