IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02204-PAB-MJW

DAVID LENTON WARD,

Plaintiff(s),

v.

CRAIG HOYER, (KUBAT EQUIPMENT AND SERVICE COMPANY),

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that the Plaintiff's Motion for Relief from Court Order (Minute Order) (Docket No. 34) dated December 16th, 2009, and Court Order (Minute Order) (Docket No. 41) Dated December 22nd, 2009 **(Docket No. 54) is denied**.

     The court issued its Minute Order of December 16, 2009 (Docket No. 37), after considering the plaintiff's response (Docket No. 36) to the Defendant's Opposed Motion for Extension of Time to File Responsive Pleading (Docket No. 34).  In any event, the court notes that D.C.COLO.LCivR 7.1(C) provides that nothing in that rule concerning motions, responses, and replies "precludes a judicial officer from ruling on a motion at any time after it is filed."  Furthermore, this court's Minute Order issued on December 22, 2009 (Docket No. 46), did not rule on a motion for an extension of time but instead merely set a deadline for the defendant to respond to the plaintiff's motion for reconsideration.

Date:   December 30, 2009