IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02204-PAB-MJW

DAVID LENTON WARD,

Plaintiff(s),

v.

CRAIG HOYER, (KUBAT EQUIPMENT AND SERVICE COMPANY),

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Pro Se Plaintiff's Motion/Request for Reconsideration of Court Order/ Ruling of December 18th, 2009 Ruling (docket no. 41)[sic] is DENIED WITHOUT PREJUDICE.  This court is unclear as to what relief that the Pro Se Plaintiff is seeking noting that the relief he is seeking is very confusing and incomprehensible.  The relief being requested is not clear based upon careful review of the subject motion (docket no. 41) and the reply (docket no.59).

Date:  January 14, 2010