IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02204-PAB-MJW

DAVID LENTON WARD,

Plaintiff(s),

v.

CRAIG HOYER, (KUBAT EQUIPMENT AND SERVICE COMPANY),

Defendant(s).

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby **ORDERED** that ***Plaintiff's Motion to Withdraw Plaintiff's Motion to Vacate Confidential Settlement Agreement and Motion to Reopen Plaintiff's Title VII Action Civil Action No. 09-cv–02204-PAB-MJW***, [DN 85], filed with the Court on February 26, 2010, is GRANTED, and,

     it is FURTHER ORDERED that ***Plaintiff's Motion to Vacate Confidential Settlement Agreement and Motion to Reopen Plaintiff's Title VII Action Civil Action No. 09-cv–02204-PAB-MJW***, [DN 82], filed with the court on February 23, 2010, shall be deemed withdrawn by this court.

Date:  March 1, 2010